## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBRA DUMMITT MEYERS AND RONALD PALMERO | CIVIL ACTION |
| VERSUS | NO. 15-292 |
| A.W. CHESTERTON, ET AL. | SECTION "L" |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Thomas Flanagan, Harold Flanagan, and Sean Brady participated on behalf of Plaintiffs. Stacy Strain participated on behalf of A.W. Chesterton and Air and Liquid Systems Corp. Angie Bowlin participated on behalf of CBS Corp, Foster Wheeler, and GE Company. Susan Caruso participated on behalf of Clark-Reliance Corp. Barry Campbell participated on behalf of Crane Company. Magali Puente participated on behalf of IMO Industries and Warren Pumps. Jennifer Adams participated on behalf of Atwood & Morrill and Aurora Pump. Lauren McCulloch participated on behalf of Elliott Company and Grinell. Scott Seiler participated on behalf of Puget Sound Commerce Center. The parties discussed the status of the case and the Judgment of the United States Court of Appeals for the Fifth Circuit. (R. Doc. 132).

Having consulted with all parties and in accordance with the Judgement of the United States Court of Appeals for the Fifth Circuit, **IT IS ORDERED** that the above-captioned case is **DISMISSED**.

New Orleans, Louisiana, this 11th day of October, 2016.

JS10(00:03)